Format for Pro Hac Vice Motion (Rev. 1/05)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ERNEST T. YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| | ) | |
| LIFE INSURANCE COMPANY | ) | |
| OF NORTH AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of __John D. Wood__ to represent __Ernest T. Young__ in this matter.

Signed: _____
Herbert G. Feuerhake
The Law Office of Herbert G. Feuerhake
521 West Street
Wilmington, DE 19801
(302) 658-6101

Attorney for: __Ernest T. Young__

Date: April 7, 2008

---

ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:_____          _____
                                     United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted practicing and in good standing as a member of the Bars of Tennessee and Washington State and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's office upon the filing of this motion.

Signed: _/s/ John D. Wood_

Date: 04/03/2008

John D. Wood
The Wood Law Firm, PLLC
800 5th Ave, Suite 4100
Seattle, WA 98104
(206) 447-1342
(206) 470-1150 (fax)
john@woodfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing will be served on defendant with the Summons and Complaint.

_____
Herbert G. Feuerhake