**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ERNEST T. YOUNG, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 08-194 |
| | : | |
| LIFE INSURANCE COMPANY | : | |
| OF NORTH AMERICA, | : | |
| | : | |
| Defendant. | : | |

**ENTRY OF APPEARANCE**

PLEASE ENTER the appearance of Timothy M. Holly, Esquire, on behalf of defendant,

Life Insurance Company of North America ("Defendant").

_____
Timothy M. Holly (Del. Bar No. 4106)
CONNOLLY BOVE LODGE & HUTZ LLP
Email: Tholly@cblh.com
Jeffrey C. Wisler (Del. Bar No. 2795)
Email: Jwisler@cblh.com
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
Phone: (302) 252-4217
*Attorneys for Life Insurance Company of North America*

DATED: May 8, 2008

CBLH: 610157