IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERNEST T. YOUNG,<br><br>      Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY<br>OF NORTH AMERICA,<br><br>      Defendant. | :<br>:<br>:<br>:<br>:   C.A. No. 08-194<br>:<br>:<br>:<br>:<br>: |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

It is hereby stipulated by plaintiff, Ernest T. Young, and defendant, Life Insurance Company of North America ("Defendant"), that Defendant shall have an extension of time until May 22, 2008, in which to answer, move or otherwise plead to the complaint.

/s/ Timothy M. Holly
Timothy M. Holly (Del. Bar No. 4106)
CONNOLLY BOVE LODGE & HUTZ LLP
Email: Tholly@cblh.com
Jeffrey C. Wisler (Del. Bar No. 2795)
Email: Jwisler@cblh.com
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
Phone: (302) 252-4217
*Attorneys for Life Insurance Company of North America*

/s/ Herbert G. Feuerhake
Herbert G. Feuerhake (Del. Bar No. 2590)
Email: herblaw@verizonmail.com
521 West Street
Wilmington, DE 19801
Phone: (302) 658-6101
*Attorney for Ernst T. Young*

DATED: May 8, 2008
So ordered:

_____
J.