IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERNEST T. YOUNG, | : |
| Plaintiff, | : |
| v. | : C.A. No. 08-194-GMS |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | : |
| Defendant. | : |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

For the reasons set forth below, it is hereby stipulated by plaintiff, Ernest T. Young ("Plaintiff") and defendant, Life Insurance Company of North America ("Defendant"), that Defendant shall have an extension of time until May 22, 2008, in which to answer, move or otherwise plead to the complaint.

1. Counsel for Defendant was retained with insufficient time to obtain information to thoughtfully prepare an Answer sooner; and

2. The plaintiff does not oppose the requested extension of time.

/s/ Timothy M. Holly
Timothy M. Holly (Del. Bar No. 4106)
CONNOLLY BOVE LODGE & HUTZ LLP
Email: Tholly@cblh.com
Jeffrey C. Wisler (Del. Bar No. 2795)
Email: Jwisler@cblh.com
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
Phone: (302) 252-4217
*Attorneys for Life Insurance Company of North America*

/s/ Herbert G. Feuerhake
Herbert G. Feuerhake (Del. Bar No. 2590)
Email: herblaw@verizonmail.com
521 West Street
Wilmington, DE 19801
Phone: (302) 658-6101
*Attorney for Ernst T. Young*

DATED: May 20, 2008

So ordered:

_____
J.