AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

District of Delaware

| | |
|---|---|
| Ernest T. Young </br> Plaintiff </br> v. </br> Life Insurance Company of North America </br> Defendant | ) </br> ) </br> ) Civil Action No. 08-194 </br> ) </br> ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Life Insurance Company of North America

(In care of: Delaware Department of Insurance,
841 Silver Lake Blvd, Dover, DE 19904)

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Herbert G. Feuerhake, Esq.
521 West Street
Wilmington, DE 19801
(302) 658-6101

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PETER T. DALLEO
Name of clerk of court

Date: 4/7/08

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **April 17, 2008**, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering *by certified mail* a copy of each to an agent authorized by appointment or by law to receive it whose name is **Georgia Oxford, Del. Dept. of Insurance** ; or

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $ **0** for travel and $ **0** for services, for a total of $ **0.00**.

Date: **April 25, 2008**

_____
Server's signature

**Herbert G. Feuerhake**
Printed name and title

**521 West St. Wilmington DE 19801**
Server's address

# The Law Office
## of
# HERBERT G. FEUERHAKE

*A Professional Association*
521 WEST STREET
WILMINGTON, DE 19801
(302) 658-6101
E-Mail: herblaw@verizonmail.com

| | |
|---|---|
| HERBERT G. FEUERHAKE, ESQ. | FACSIMILE TRANSMISSION |
| MEMBER OF DE & CT BARS | (302) 658-6105 |

BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED          April 16, 2008

Attn: Georgia Oxford
Delaware Department of Insurance
841 Silver Lake Blvd.
Dover DE 19904

**Re: Ernest T. Young v. Life Ins. Co. of N. America, No. 09-194 in U.S. District Court for the District of Delaware**

Dear Ms. Oxford:

I represent Ernest T. Young, plaintiff in the above-referenced action. Enclosed you will find the following documents commencing suit in this matter:

1. Two copies of Complaint;

2. Two copies of Summons;

3. Two copies of Motion and Order for Admission Pro Hac Vice;

4. Two copies of Notice of Availability of a United States Magistrate Judge to Exercise Jurisdition; and

5. Check No. 1075 from The Wood Law Firm in the amount of $25.00 payable to "Delaware Commissioner of Insurance."

Please accept service of these documents on behalf of the above-referenced defendant, The Life Insurance Company of North America.

If you have any questions, please contact me immediately, or attorney John D. Wood, Esq.; Mr. Wood is an attorney practicing in Seattle, Washington, and can be reached at (206) 470-1342.

Very truly yours,

*[signature]*

Herbert G. Feuerhake, Esq.



Matthew Denn
Insurance Commissioner

Department of Insurance
841 Silver Lake Blvd.
Dover, DE 19904-2465
(302) 674-7300
(302) 739-5280 fax

APRIL 21, 2008

**VIA CERTIFIED MAIL (70070710000490715578)**
**RETURN RECEIPT REQUESTED**

MICHAEL A. JAMES, ESQ.
LIFE INSURANCE COMPANY OF NORTH AMERICA
1601 CHESTNUT STREET, TL21A
PHILADELPHIA, PA 19192

RE: ERNEST T. YOUNG V. LIFE INS. CO. OF NORTH AMERICA
    C.A.. NO. 08-194

Dear MR. JAMES:

Pursuant to 18 Del. C. § 525, the Delaware Insurance Commissioner was served with the enclosed legal process on APRIL 18, 2008.

**Please do not send your response to the enclosed documentation to the Delaware Insurance Department. Instead, you should respond directly to the person or legal representative identified in the enclosed legal process.**

Sincerely,

*Georgia Oxford*

Georgia Oxford
Administrative Specialist II

Enclosure
cc: HERBERT G. FEUERHAKE, ESQ.

**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

DOVER DE 19904    OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.48 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.28 |

Postmark: WILMINGTON DE 19807 GREENVILLE USPS 04/16/2008

Sent To: Attn: Georgia Oxford / Delaware Dept of Insurance
Street, Apt. No.; or PO Box No.: 841 Silver Lake Blvd.
City, State, ZIP+4: Dover, DE 19904

PS Form 3800, June 2002    See Reverse for Instructions

7004 2890 0002 4468 0574

---

USPS GREENVILLE BRANCH
WILMINGTON, Delaware
198079998
3379300507-0097
(800)275-8777

04/16/2008    12:20:55 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| DOVER DE 19904 Zone-1 First-Class Large Env 4.60 oz. | | | $1.48 |
| Return Rcpt (Green Card) | | | $2.15 |
| Certified | | | $2.65 |
| Label #: | | | |
| Customer Postage | | | -$1.31 |
| Issue PVI: | | | $4.97 |

Total:    $4.97
Paid by:
Cash    $5.00
Change Due:    -$0.03

Order stamps at USPS.com/shop or call 1-800-Stamp24. Go to USPS.com/clicknship to print shipping labels with postage. For other information call 1-800-ASK-USPS.

Bill#: 1000303326747
Clerk: 24

****************************************************

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

HELP US SERVE YOU BETTER

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attn: Georgia Oxford
Delaware Dept. of Insurance
841 Silver Lake Blvd.
Dover, DE 19904

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☐ Agent    ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
DOVER DE 19___

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

APR 17 2008 USPS

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label):    7004 2890 0002 4468 0574

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540