IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERNEST T. YOUNG, | : |
|     Plaintiff, | : |
| v. | :    C.A. No. 08-194-GMS |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | : |
|     Defendant. | : |

## NOTICE OF SERVICE

The undersigned certifies that, on June 18, 2008, two (2) true and correct copies of Defendant's Initial Disclosures Pursuant to FRCP 26(a) together with copies of this Notice of Service and Certificate of Service, were served upon the following counsel of record, at the address and by the means specified below:

**BY HAND DELIVERY**
Herbert G. Feuerhake
The Law Office of Herbert G. Feuerhake
521 West Street
Wilmington, DE 19801
*Attorney for Plaintiff*

CONNOLLY BOVE LODGE & HUTZ LLP

_____
Timothy M. Holly (Del. Bar No. 4106)
Jeffrey C. Wisler (Del. Bar No. 2795)
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207
Tel. (302) 252-4217
Fax. (302) 658-0380
e-mail: tholly@cblh.com
*Attorneys for Defendant*

CBLH: 617916

## CERTIFICATE OF SERVICE

I hereby certify that, on June 18, 2008, true and correct copies of the foregoing Defendant's Initial Disclosures Pursuant to FRCP 26(a) along with a Notice of Service were served by hand delivery on the following counsel of record:

**HAND DELIVERY**
Herbert G. Feuerhake
The Law Office of Herbert G. Feuerhake
521 West Street
Wilmington, DE 19801
*Attorney for Plaintiff*

Timothy M. Holly (Del. Bar No.4106)

CBLH: 617916