**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

ERNEST T. YOUNG,                          )
                                          )
      Plaintiff,                      )
                                          )
                                          )   Civil Action No. 08-194-GMS
                                          )
                                          )
LIFE INSURANCE COMPANY                    )
OF NORTH AMERICA,                         )
                                          )
      Defendant.                      )

<u>**PLAINTIFF'S NOTICE OF SERVICE**</u>

Counsel for the plaintiff certifies that a true copy of "Plaintiff's Rule 26(a) Initial Disclosures" was served on the following attorneys-of-record for the defendant, by U.S. first-class mail, on June 20, 2008:

      Timothy M. Holly
      Jeffrey C. Wisler
      1007 North Orange Street
      P.O. Box 2207
      Wilmington, DE  19899-2207

                 PLAINTIFF ERNEST T. YOUNG

           By:    /s/ Herbert G. Feuerhake
                 Herbert G. Feuerhake, Esq. #2590
                 521 West Street
                 Wilmington, DE  19801
                 (302) 658-6101
                 herblaw@verizonmail.com

                 Attorney for Plaintiff